# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2011

142800

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

CRISTELO G. RESENDEZ, JR.,
　　　　Defendant-Appellant.
_____/

SC: 142800
COA: 300841
Oakland CC: 09-227897-FC

On order of the Court, the application for leave to appeal the January 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011

Clerk

h1026